(November 15, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH SIRICO, Appellant.— Judgment of the County Court, Nassau County, rendered May 30, 1973, affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to direct appellant to sur-

794

render himself to said court in order that the execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Christ, Brennan and Munder, JJ., concur.